IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TYRONE HARRIS, #118835,          )
                                 )
        Plaintiff,               )
                                 )
        v.                       )          CASE NO. 2:09-CV-965-ID
                                 )
RICHARD ALLEN, *et al.*,         )
                                 )
        Defendants.              )

## ORDER

The Magistrate Judge entered a Recommendation (Doc. No. 4) in this case to which

no timely objections have been filed.[1]  After a review of the Recommendation, and after an

independent review of the entire record, the Court believes that the Recommendation should

be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED.

It is further

ORDERED as follows:

1.      Plaintiff's claims against the Alabama Department of Corrections are

        DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

2.      The Alabama Department of Corrections is DISMISSED as a defendant in

_____

[1]      Plaintiff did file a document in response to the Recommendation, *see* Response
(Doc. No. 8), which, in substantive part, only urged the Court to "evaluate his claim carefully."
Accordingly, the Magistrate Judge construed this pleading as a Motion for Reconsideration of the
Recommendation and denied it.  *See* Order (Doc. No. 9).  Plaintiff's "Response" omits any
substantive objection to the proposed findings of the Recommendation.

this cause of action; and

3.      This case, with respect to the allegations set forth against the remaining

defendants, is referred back to the Magistrate Judge for appropriate

proceedings.

Done this 16th  day of November, 2009.

                /s/ Ira DeMent
                SENIOR UNITED STATES DISTRICT JUDGE